The People of the State of New York, Respondent, v. Rosebrook Butter and Egg Company, Inc., Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin and Hotchkiss, JJ., dissented.

Walter G. Hamilton, County ‧ Treasurer of the County of Rockland, as Public Administrator, etc., Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Charles E. Levy, Appellant, v. William O. Allison and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Elizabeth B. Colt, Appellant, v. Harris D. Colt, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Hermine E. Clark and Another, Respondents, v. Madison Avenue Real Estate Company, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Albert Levy, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Mary Palmer, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

A. Campagna Construction Company, Appellant, v. Alice S. Underwood, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Summary Proceedings of Marie L. Collins and Others, Appellants, v. John McCarthy, Respondent.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Mary Ella Miller, Respondent, v. Helen J. M. Robinson, as Administratrix, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Irving Alsberg, Respondent, v. George M. Newgent and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Ten Eyck R. Beardsley, Appellant, v. Isaac W. Sherrill and Others, Individually and as Members of the Bondholders' Committee of the Bondholders of the New York Central Realty Company, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.